UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DUKE PRESCOTT,<br><br>        Plaintiff,<br><br>    v.<br><br>BNC MORTGAGE, et al.,<br><br>        Defendants. | No. C 09-805 SBA<br><br>**ORDER** |

The Court granted the Defendants' Motion to Dismiss with leave to amend on April 20, 2009. [Docket No. 10]. Plaintiff was given leave to amend the declaratory relief claim alleging violations of federal law, and the claims to set aside/void or cancel the foreclosure notices, quiet title and accounting. All other claims were dismissed without leave to amend. Plaintiff was given twenty (20) days to amend the complaint and has failed to do so. Consequently, the complaint is DISMISSED in its entirety and the Clerk of the Court is directed to close the file.

The Case Management Conference, currently set for **June 3, 2009, at 3:00 p.m.**, is HEREBY VACATED.

IT IS SO ORDERED.

Date: 5/28/09

                                              SAUNDRA B. ARMSTRONG
                                              United States District Judge